IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIANE BLIVEN,

      Plaintiff,           CIV S-12-0133 JAM CKD PS

      vs.

MEDI-CAL YOLO COUNTY, et al.,

      Defendants.           FINDINGS & RECOMMENDATIONS

                                /

      By order filed January 25, 2012, this court directed plaintiff to submit the appropriate filing fee. That time period has now passed, and plaintiff has not paid the filing fee. Plaintiff was also ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not responded to the order to show cause.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections

1

1 | within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.
2 | Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
bliven.ftc

2